**JENNY L. FOLEY, Ph.D., ESQ.**
Nevada Bar No. 9017
E-mail: jfoley@hkm.com
**MARTA D. KURSHUMOVA, ESQ.**
Nevada Bar No. 14728
E-mail: mkurshumova@hkm.com
**HKM EMPLOYMENT ATTORNEYS LLP**
1785 East Sahara, Suite 300
Las Vegas, Nevada 89104
Tel: (702) 625-3893
Fax: (702) 625-3893
E-mail: jfoley@hkm.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| KACY BURKE, an Individual,<br><br>Plaintiff,<br><br>vs.<br><br>PROFESSIONAL BULLRIDERS LLC, a Foreign Limited-Liability Company; DOES I -X; ROE CORPORATIONS I -X.<br><br>Defendants. | **CASE NO.: 2:20-cv-00558-JAD-VCF**<br><br>**STIPULATION AND ORDER EXTENDING TIME FOR PLAINTIFF TO FILE RESPONSES IN OPPOSITION TO DEFENDANT'S MOTIONS TO COMPEL ARBITRATION; STAY DISCOVERY; AND FOR ATTORNEYS FEES**<br><br>**(FIRST REQUEST)** |

The parties, by and through counsel of record, hereby stipulate and agree that Plaintiff will be granted an extension until **June 12, 2020** to file and serve responses to Defendant's Motion to Compel Arbitration and Dismiss or Stay [ECF 9], Motion to Stay Discovery [ECF 10], and Motion for Attorneys' Fees and Costs [ECF 11]. All three motions were filed on May 15, 2020. Currently, responses in opposition are due May 29, 2020. Plaintiff seeks a two-week extension (14 days) to serve and file her responses in opposition.

The parties are actively discussing the possibility of stipulating to arbitration which will avoid the need for further motion practice. Thus, in order the conserve the resources of the parties and the Court, plaintiff believes a two-week extension is prudent and will allow the parties to continue to discuss cooperatively stipulating to arbitration. Thus, this request is made in good faith and not for the purpose of delay.

This is the parties' first request for an extension related to these motions.

Dated this 1st Day of June, 2020.

| | |
|---|---|
| **HKM EMPLOYMENT ATTORNEYS, LLP** | **JACKSON LEWIS P.C.** |
| */s/ Jenny L. Foley* <br> **JENNY L. FOLEY, Ph.D., Esq.** <br><br> Nevada Bar No. 9017 <br> 1785 East Sahara, Suite 300 <br> Las Vegas, Nevada 89104 <br> Tel: (702) 577-3029 <br> Fax: (702) 625-3893 <br> E-mail: jfoley@hkm.com <br><br> *Attorney for Plaintiff* | */s/ Lynne K. McChrystal* <br> **Paul T. Trimmer**, State Bar No. 9291 <br> **Lynne K. McChrystal**, State Bar No. 14739 <br> 300 S. Fourth Street, Suite 900 <br> Las Vegas, Nevada 89101 <br> Tel: (702) 921-2460 <br> Fax: (702) 921-2461 <br> Email: paul.trimmer@jacksonlewis.com <br> Email: lynne.mcchrystal@jacksonlewis.com <br><br> *Attorneys for Defendant* |

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE
Dated: June 1, 2020.